US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

APR 28 2021

By _____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 6:21CR60010-001 |
| v. | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 922(k) |
| | 18 U.S.C. § 924(a)(1) and (a)(2) |
| RYAN CURTIS WRIGHT | 18 U.S.C. § 924(e) |

**INDICTMENT**

The Grand Jury Charges:

**COUNT ONE**

On or about August 8, 2019, in the Western District of Arkansas, Hot Springs Division, the Defendant, **RYAN CURTIS WRIGHT,** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess the following firearm, that is, a .25 caliber pistol with the make, model and serial number removed, altered and obliterated, said firearm having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

**COUNT TWO**

On or about August 8, 2019, in the Western District of Arkansas, Hot Springs Division, the Defendant, **RYAN CURTIS WRIGHT,** knowingly possessed a firearm, that is, a .25 caliber pistol, from which the manufacturer's serial number had been removed, altered and obliterated, said firearm having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1).

A True Bill.

/s/ Grand Jury Foreperson
Grand Jury Foreperson

DAVID CLAY FOWLKES
ACTING UNITED STATES ATTORNEY

By: _____
Kenneth Elser
Assistant U. S. Attorney
Arkansas Bar No. 89184
414 Parker Avenue
Fort Smith, AR 72901
Telephone: 479-494-4071
E-mail: Kenny.Elser@usdoj.gov