IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF


v.                                Case No. 6:21-cr-60010


RYAN CURTIS WRIGHT                                              DEFENDANT

## **ORDER**

Before the Court is Defendant Ryan Curtis Wright's ("Defendant") Motion for Early Termination of Supervised Release. (ECF No. 35). The Government has not responded, and the Court finds the matter ripe for consideration.[1]

On March 24, 2023, Defendant was sentenced to twenty-one (21) months imprisonment and three (3) years of supervised release for the offense of Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). (ECF No. 33). On May 9, 2023, Defendant was released and began his three (3) years of supervised release. On August 22, 2024, Defendant filed the instant motion. (ECF No. 35). In support of his motion, Defendant points to maintaining a full-time job since being released from prison, his compliance and regular check-ins, family communication, drug class completion, home visits, and lack of trouble or contact with the police. (ECF No. 35, at 1). Defendant also states that supervised release is causing a strain on his job and financials because his employers wish to send him "on the road" for work but he is unable to do so. *Id.*

The United States Probation Office ("USPO") confirms that, while on supervision, Defendant has maintained stable housing, maintained full-time employment, completed substance abuse treatment, and maintained negative drug test results. Further, the USPO states

---

[1]The Government has communicated to the Court via email that it does not oppose Defendant's motion.

that Defendant has completed eighteen (18) months of his thirty-six (36) month term of supervised release.   The USPO recommends that the Court consider terminating supervised release.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice."   18 U.S.C. § 3583(e)(1).   In making its determination, the Court must consider the factors set forth under 18 U.S.C. § 3553(a), to the extent that they are applicable.   Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

Upon consideration of the above-mentioned factors, the Court finds that the instant motion (ECF No. 35) should be **GRANTED**.

**IT IS SO ORDERED**, this 10th day of January, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge